

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-16-00379-CR

Manuel Anaya-**VEGA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9661
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

    The reporter's record was originally due July 25, 2016. After this court granted the reporter's request for additional time, the record was due August 24, 2016. The court reporter has filed a second notification of late record, asking for another thirty days in which to file the record. After review, we **GRANT** the reporter's request and **ORDER** the reporter to file the reporter's record in this court on or before September 23, 2016.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court